**Peggy RYAN, Appellant,**

v.

**TRANS WORLD AIRLINES, Respondent.**

No. 69157.

Missouri Court of Appeals,
Eastern District,
Division One.

April 30, 1996.

Rehearing Denied June 17, 1996.

Peggy Ryan, St. Louis, pro se.

Michael Lichty, Alane C. Probst, St. Louis, for Trans World Airlines.

Larry R. Ruhmann, St. Louis, for Missouri Div. of Empl. Sec.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

PER CURIAM.

Employee appeals the order of the Labor Industrial Relations Commission affirming the decision of the Appeals Tribunal of Missouri Department of Employment Security. That decision disqualified her from receiving unemployment benefits.

Employee charges the commission erred when it found her guilty of aggravated misconduct in connection with her work. We disagree and affirm.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).

Marlene Jefferson, St. Louis, pro se.

Steven M. Kuntz, Department of Social Services, Division of Legal Services, Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.